IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA         *
                                 *
v.                               *      CR 405-066
                                 *
GEORGE L. CRAY                   *

## O R D E R

Before the Court in the captioned case is Defendant George L. Cray's request to terminate his term of supervised release. On September 7, 2005, Cray pled guilty to one count of distribution of 5 grams or more of cocaine base, in violation of 21 U.S.C. § 841. On November 7, 2005, Cray was sentenced to 125 months imprisonment and five years of supervised release. He was also ordered to pay a $100 special assessment and a $7500 fine. The term of imprisonment was later reduced to 118 months pursuant to 18 U.S.C. § 3582(c)(2).[1]

Cray was released from the Bureau of Prisons on May 7, 2014 and commenced supervision in this district. Cray has completed over 36 months of supervision with no issues of noncompliance. Cray is currently employed by the City of Savannah. Nevertheless, Cray's monthly payment schedule for

---

[1] On February 2, 2012, the Honorable B. Avant Edenfield denied Cray's second attempt to reduce his sentence even though his guideline range had been subsequently lowered to 78-97 months because of Cray's persistent drug activity. (Doc. 37.)

repayment of his fine has been lowered on two prior occasions, such that he has gone from paying $150 per month to $50 per month. There remains an outstanding balance of more than $5000 on his fine obligation. For this reason, the United States Probation Office recommends continued supervision over this offender.[2] Moreover, it is the policy of this district to wait until an offender has served 2/3 of his term of supervised release before recommending early termination, and Cray is only now reaching this mark.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court concludes that Cray's supervised release should not be terminated. The motion for early termination of supervised release (doc. 57) is **DENIED** without prejudice to Cray to re-file one year from now.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Government has filed no opposition or response.

2